Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

# JOSEPH MURE, JR., ESQ.
### 26 COURT STREET, SUITE 2601
### BROOKLYN, NEW YORK 11242
### PHONE (718) 852-9100
### FACSIMILE (718) 797-5554

July 27, 2011

Honorable Kiyo A. Matsumoto
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      RE:    **United States v. John Azzarelli**
               **Docket No. 11-CR-30**

Dear Judge Matsumoto,

    In this letter we are asking your Honor for permission for John Azzarelli to travel with his family to Beach Haven, New Jersey from August 6, 2011 through August 13, 2011 for a family vacation. Each summer, for the past seven years, Mr. Azzarelli and his family rent a house together on the beach in New Jersey for a week to enjoy each others company.
    The address he would be staying at is 113 East 86 Street, Beach Haven, New Jersey 08008. The method of travel would be by car straight through to New Jersey. His phone number which he can be reached at during this trip is 646-221-8424. It would be greatly appreciated if your Honor grants Mr. Azzarelli time to travel with his family and continue in what has become a family tradition.
    I have spoken with both his Pre-Trial officer and A.U.S.A Elizabeth Geddes and A.U.S.A Allon Lifshitz and they have no objection to this request.

    Thank you for your consideration in this matter.

Respectfully Submitted,

Joseph Mure Jr., Esq.