

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP
F.#2010R00153

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 15, 2012

<u>By ECF and Hand Delivery</u>

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:  United States v. John Azzarelli
            <u>Criminal Docket No. 11-30 (S-1)(KAM)</u>

Dear Judge Matsumoto:

      The government respectfully submits this letter to request dismissal of the underlying indictment as to defendant John Azzarelli in the above-referenced matter.

                                    Respectfully submitted,

                                      LORETTA E. LYNCH
                                    United States Attorney

                    By:   /s/_____
                          Elizabeth A. Geddes
                          Allon Lifshitz
                          Gina M. Parlovecchio
                          Assistant U.S. Attorneys
                          (718) 254-6430/6164/6228

cc: Joseph Mure, Esq. (by ECF)